IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM ANTHONY FLY | <u>I N F O R M A T I O N</u><br><br>Case No. 1:16-cr-184<br><br>Violation:  18 U.S.C. § 2421(a) |

**Transportation with Intent to Engage in Criminal Sexual Activity**

The United States Attorney Charges:

Between in or about February 2016 and in or about May 2016, in the District of North Dakota, and elsewhere,

WILLIAM ANTHONY FLY

did knowingly transport C.F. in interstate commerce with intent to engage in any sexual activity for which any person can be charged with a criminal offense, to wit: incest;

In violation of Title 18, United States Code, Section 2421(a).

_Matthew D Greenly_
FOR  CHRISTOPHER C. MYERS
United States Attorney