JS 45 (Rev. 2/07 USAO)

# Criminal Case Cover Sheet — U.S. District Court

## Place of Offense:
County: Pierce

## Related Case Information:
☒ Information ☐ Indictment
☐ Superseding Inf. ☐ Superseding Indictment

Docket Number 1:16-cr-184

Recommended Division Western  ☒ Same Defendant  ☐ New Defendant

Explanation: See place of offense

Magistrate Judge Case 1:16-mj-241
Search Warrant Case
R 20/R 40 from District

## Defendant Information:
Defendant Name: William Anthony Fly
Alias Name:
Address:

Birthdate: 1968   Social Security Number:   Sex: M   Alien
☐ Juvenile - Matter to be sealed
☐ Interpreter requested. Language and/or

## U. S. Attorney Information:
USA/AUSA Matthew Greenley
Name of Agency Federal Bureau of Investigation

## Location Status:
☐ Not Arrested.   Requesting: ☐ Summons   ☐ Warrant
☐ Arrested On
☐ Pretrial Release As _____ by order _____
☒ Already in Federal Custody as of 7/15/16 in
☐ Already in State Custody in
☐ Detainer Filed on
☐ Fugitive

## U.S.C. Citations
Total # of Counts: 1   ☐ Petty   ☐ Misdemeanor   ☒ Felony

| U.S. Code/Index Key | Description of Offense Charged/Statutory Maximum Penalties | Counts |
|---|---|---|
| 18 USC § 2421(a) | Transportation with Intent to Engage in Criminal Sexual Activity (10 years/$250,000) | 1 |